UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIE BOLSHAKOV, ET AL.,

                    Plaintiffs,

      - against -

BANK OF AMERICA,

                  Defendant.

23-cv-10714 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a telephone conference on **February 14, 2024**, at **2:30 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
         February 9, 2024

                          John G. Koeltl
                United States District Judge