```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

**JULIE BOLSHAKOV, ET AL.,**

        Plaintiffs,

- against -

**BANK OF AMERICA, N.A.,**

        Defendant.

───────────────────────────────────

23-cv-10714 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a telephone conference on **March 18, 2024** at **3:30 p.m.**

The dial-in information will be provided prior to the conference.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **March 6, 2024**

                                          /s/ John G. Koeltl
                                          **John G. Koeltl**
                                      **United States District Judge**