```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JULIE BOLSHAKOV, ET AL.,

              Plaintiffs,

   - against -

BANK OF AMERICA, N.A.,

              Defendant.

23-cv-10714 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

As discussed at the conference held on March 18, 2024, the motion to dismiss or transfer will likely be filed **March 25, 2024**. The deadline to respond is **April 26, 2024**. The deadline to reply is **May 10, 2024**.

SO ORDERED.

Dated:   New York, New York
        March 18, 2024

                                    John G. Koeltl
                              United States District Judge