UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIE BOLSHAKOV, ET AL.,

               Plaintiffs,

     - against -

BANK OF AMERICA, N.A.,

               Defendant.

23-cv-10714 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The deadline to respond to the motion to dismiss, stay, or transfer, ECF No. 25, is **April 26, 2024.** The deadline to reply is **May 3, 2024.**

The deadline to respond to the motion for conditional certification, ECF No. 29, is **April 26, 2024.** The deadline to reply is **May 10, 2024.**

The motion to stay the briefing for the motion for conditional certification, ECF No. 33, is **denied.**

The Clerk is directed to close ECF No. 33.

SO ORDERED.

Dated:   New York, New York
        April 5, 2024

                          John G. Koeltl
                 United States District Judge