```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JULIE BOLSHAKOV, ET AL.,

              Plaintiffs,

    - against -

BANK OF AMERICA, N.A.,

             Defendant.

23-cv-10714 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

    The pending motions, see ECF Nos. 25, 29, are dismissed without prejudice. The case is stayed pending approval of the settlement in the Weinstein, et al. v. Bank of America, N.A. action.

    The parties should provide a status update in 90 days.

**SO ORDERED.**

Dated:   New York, New York
           June 17, 2024

                                        John G. Koeltl
                                  United States District Judge