# McGuireWoods

McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Adam T. Simons
Direct: 212.548.2121
asimons@mcguirewoods.com

December 17, 2024

**VIA ECF**

Hon. John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Telephone conference rescheduled for 11:30 AM on 12/19/24. So ordered. 12/18/24 /s/ G. Koeltl U.S.D.J.*

Re: *Bolshakov v. Bank of America, N.A.*, Case No. 1:23-cv-10714-JGK
    **Request to Reschedule Telephone Conference**

Dear Judge Koeltl:

I am counsel for Defendant Bank of America N.A. (the "Bank"). With the consent of counsel for Plaintiff Julia Bolshakov, I respectfully request that the Court reschedule the telephone hearing currently set in this matter for 3:30 p.m. on December 19, 2024 (Doc. No. 59), as I have an immovable personal appointment that will prevent me from joining a telephone conference at that time.

I have conferred with Plaintiff's counsel, and we are both available between 10:00 a.m. and 1:00 p.m. on December 19, 2024, or after 4:00 p.m. if Your Honor would be amenable to rescheduling for a different time on December 19, 2024.

If Your Honor is inclined to set the telephone conference on another day, counsel for Plaintiff and I are both available between 10:00 a.m. and 2:00 p.m. on Friday, December 20, and after 10:00 a.m. on Monday, December 23.

I appreciate the Court's understanding and thank you for your attention to this matter.

Respectfully submitted,

/s/ *Adam T. Simons*

Adam T. Simons
Counsel for Defendant