UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIE BOLSHAKOV, ET AL.,

        Plaintiffs,

- against -

BANK OF AMERICA, N.A.,

        Defendant.

---

23-cv-10714 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

    The parties are directed to submit a joint letter addressing the proposed disposition of this case by **January 6, 2025**.

SO ORDERED.

Dated:    New York, New York
             December 19, 2024

                                      _____
                                      John G. Koeltl
                                      United States District Judge